```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 23623
    RAMON TOVAR
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8503

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/17/2007 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/20/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
 ONYX ACCEPTANCE CORP       SECURED VEHIC   3359.75         115.19         713.72
 ONYX ACCEPTANCE CORP       UNSECURED      NOT FILED          .00            .00
 CHASE HOME FINANCE LLC     CURRENT MORTG       .00           .00            .00
 CHASE HOME FINANCE LLC     MORTGAGE ARRE   1291.63           .00        1291.63
 HSBC MORTGAGE SVCS         CURRENT MORTG       .00           .00            .00
 HSBC MORTGAGE SVCS         MORTGAGE ARRE    982.75           .00         982.75
 INTERNAL REVENUE SERVICE   SECURED        18734.08           .00        2607.84
 INTERNAL REVENUE SERVICE   PRIORITY       14991.12           .00            .00
 AT&T BROADBAND             UNSECURED      NOT FILED          .00            .00
 BENEFICIAL HFC             UNSECURED      NOT FILED          .00            .00
 COMCAST                    UNSECURED      NOT FILED          .00            .00
 US CELLULAR                UNSECURED      NOT FILED          .00            .00
 INTERNAL REVENUE SERVICE   UNSECURED       5418.39           .00            .00
 CHASE HOME FINANCE         NOTICE ONLY    NOT FILED          .00            .00
 PEOPLES GAS LIGHT & COKE   UNSECURED        790.77           .00            .00
 ASSET ACCEPTANCE CORP      UNSECURED        265.26           .00            .00
 HSBC MORTGAGE              NOTICE ONLY    NOT FILED          .00            .00
 ILLINOIS DEPT OF REVENUE   UNSECURED        255.61           .00            .00
 EMERGENCY HEALTHCARE PHY   UNSECURED        302.00           .00            .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED       1289.07           .00            .00
 HSBC MORTGAGE SERVICES     NOTICE ONLY    NOT FILED          .00            .00
 ILLINOIS DEPT OF REVENUE   PRIORITY        1215.58           .00            .00
 DAVID M SIEGEL             DEBTOR ATTY     3,124.00                     3,124.00
 TOM VAUGHN                 TRUSTEE                                        764.87
 DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                 9,600.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 23623 RAMON TOVAR
```

```
PRIORITY                                                             .00
SECURED                                                         5,595.94
    INTEREST                                                      115.19
UNSECURED                                                            .00
ADMINISTRATIVE                                                  3,124.00
TRUSTEE COMPENSATION                                              764.87
DEBTOR REFUND                                                        .00
                                      ---------------    ---------------
TOTALS                                       9,600.00           9,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 02/25/09                      /s/ Tom Vaughn
                                                              _____
                                                              TOM VAUGHN
                                                              CHAPTER 13 TRUSTEE